**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WILLIAM WYNN, JR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 3:21-cv-00925 (SVN) |
| | : |
| NEW HAVEN BOARD OF EDUCATION, | : |
| DR.ILINE TRACEY, | : |
| | : |
| Defendants. | : |

## JUDGMENT

This action having come before the Court for consideration of Defendant New Haven Board of Education's motion for summary judgment before the Honorable Sarala V. Nagala, United States District Judge; and

The Court having considered the motion and the full record of the case including applicable principles of law, and having granted the Defendant's motion in full on March 18, 2024; and

Defendant Tracey having been previously dismissed from this action on April 8, 2022; it is hereby,

ORDERED, ADJUDGED, and DECREED that judgment be and is hereby entered in favor of the Defendant.

Dated at Hartford, Connecticut, this 22nd day of March, 2024.

DINAH MILTON KINNEY, Clerk

By: /s/ Michael Bozek
Michael Bozek
Deputy Clerk

Entered on Docket: 3/22/2024